1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs NICOLE MOSS
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 NICOLE MOSS, an individual; and              ) CASE NO. C05-1877 CW
   DISABILITY RIGHTS, ENFORCEMENT,              )
11 EDUCATION, SERVICES:HELPING YOU              ) **ORDER GRANTING STIPULATION FOR**
   HELP OTHERS, a California public benefit     ) **PLAINTIFFS LEAVE TO AMEND THE**
12 corporation,                                 ) **COMPLAINT**
                                                )
13        Plaintiffs,                           )
                                                )
14 v.                                           )
                                                )
15 ALL STAR DONUTS; 5th STREET             )
   ASSOCIATES, LLC., a California limited       )
16 liability company,                           )
                                                )
17        Defendant.                            )
   _____)
18

19        IT IS HEREBY STIPULATED by the parties hereto that plaintiffs may file the Second

20 Amended Complaint attached as Exhibit "A" to the Stipulation. Since the filing of the

21 complaint herein, plaintiffs have learned that Hong Tek Lou and Kien Le are the operators of

22 the business known as All Star Donuts which is subject to this litigation, and accordingly they

23 are proper defendants to this action.   Plaintiffs' Second Amended Complaint adds Hong Tek

24 Lou and Kien Le as defendants to this action.

25        IT IS FURTHER STIPULATED that counsel for defendant 5th Street Associates, LLC.,

26 will accept notice and service by the Court's electronic filing system of the complaint amended

27 to add defendants Hong Tek Lou and Kien Le on behalf of defendant 5th Street Associates,

28 LLC.  Further, defendant  5th Street Associates, LLC, shall not be required to answer the

1  amendment. All denials, responses and affirmative defenses contained in the answer filed by
2  defendant 5th Street Associates, LLC, to the original complaint shall be responsive to the
3  amended complaint. However, nothing in this stipulation shall alter, excuse or otherwise
4  change the obligation of the added defendants Hong Tek Lou and Kien Le to file an Answer or
5  other responsive pleading as required by the Federal Rules of Civil Procedure and the Local
6  Rules of Court.
7       IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts and
8  sent by facsimile with the same force and effect of an original signature.
9       IT IS SO STIPULATED.

11  Dated: January 31, 2006                THOMAS E. FRANKOVICH
                                           *A PROFESSIONAL LAW CORPORATION*

                                           By:   /s/
                                                 Jennifer L. Steneberg
                                           Attorneys for Plaintiffs NICOLE MOSS and
                                           DISABILITY RIGHTS ENFORCEMENT,
                                           EDUCATION SERVICES

16  Dated: January 30, 2006                LOW, BALL & LYNCH

                                           By:   /s/
                                                 Thomas J. LoSavio
                                           Attorneys for Defendant 5th STREET
                                           ASSOCIATES, LLC.

                                           **ORDER**

22       IT IS SO ORDERED.

23  Dated: 2/7, 2006                       [signature: Claudia Wilken]

                                           Hon. Claudia Wilken
                                           UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT                                    2